**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **KENNETH OKONSKI**, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PROGRESSIVE CASUALTY INSURANCE COMPANY**,<br><br>Defendant. | CASE NO. 1-23:CV-01548<br><br>JUDGE PATRICIA A. GAUGHAN<br><br>**Order of Consolidation** |
| **BRADLEY OKONSKI**, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PROGRESSIVE CASUALTY INSURANCE COMPANY**,<br><br>Defendant. | CASE NO. 1-23:CV-01550 |
| **EDUARDO BARBOSA**, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PROGRESSIVE CASUALTY INSURANCE COMPANY**,<br><br>Defendant. | CASE NO. 1-23:CV-01555 |

1

| | |
|---|---|
| **REBECCA JOHNSON**, individually and behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>**PROGRESSIVE CASUALTY INSURANCE COMPANY**,<br><br>        Defendant. | CASE NO. 1-23:CV-01583 |
| **STEPHEN JOHNSON**, individually and behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>**PROGRESSIVE CASUALTY INSURANCE COMPANY**,<br><br>        Defendant. | CASE NO. 1-23:CV-01585 |
| **STEPHANIE CLARK**, individually and behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>**PROGRESSIVE CASUALTY INSURANCE COMPANY**,<br><br>        Defendant. | CASE NO. 1-23:CV-01624 |

| | |
|---|---|
| **ROXANNE TRIGG**, individually and behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>**PROGRESSIVE CASUALTY INSURANCE COMPANY**,<br><br>     Defendant. | CASE NO. 1-23:CV-01632 |

There are currently seven pending class action cases that have been filed against Progressive Casualty Insurance Company ("Progressive") stemming from an alleged data breach. The Court has reviewed the complaints and finds that consolidation is appropriate because the complaints allege similar instances of wrongdoing against Progressive.  Consolidation will also preserve judicial resources and promote efficiency in resolving the pending matters. Accordingly, it is hereby ORDERED that the seven above-captioned cases are hereby consolidated for all purposes.  Any subsequent case filed before the undersigned or transferred as a related action will be subject to this Order.

**All filings must be made solely in Case No. 23-cv-01548,** *i.e.***, the first-filed case and need only contain the case caption for that case.**

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated:  9/22/23

3