THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **KENNETH OKONSKI**, *et al.*, individually and on behalf of all others similarly situated**,**<br><br>Plaintiffs,<br><br>v.<br><br>**PROGRESSIVE CASUALTY INSURANCE COMPANY,**<br><br>Defendant. | Case No.: 1:23-cv-01548<br><br>Judge Patricia A. Gaughan |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs Kenneth Okonski, Bradley Okonski, Edward Reis, Tosif Khan, Kulsoom Tosif, Eduardo Barbosa, Rebecca Johnson, Stephen Johnson, Roxanne Trigg, and Dodie Waden (collectively, "Plaintiffs"), individually and on behalf of the putative class, move pursuant to Federal Rule of Civil Procedure 23(e) for an Order: (i) granting preliminary approval of the proposed Class Action Settlement; (ii) preliminarily certifying a class for the purposes of Settlement; (iii) appointing Plaintiffs as Class Representatives; (iv) appointing William B. Federman of Federman & Sherwood and Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman LLC as Class Counsel; (v) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (vi) directing that notice be given to the Settlement Class; (vii) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees, expenses, and service awards to Plaintiffs; and (viii) granting such other relief and further relief as the Court deems just and proper.

Defendant Progressive Casualty Insurance Company does not oppose the relief sought by Plaintiffs.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; the Declaration of William B. Federman in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and its exhibits thereto, including the Settlement Agreement; and all prior pleadings and proceedings properly before the Court.

Date: September 13, 2024                                      Respectfully submitted,


                                                              */s/: William B. Federman*
                                                              William B. Federman (pro hac vice)
                                                              **FEDERMAN & SHERWOOD**
                                                              10205 N. Pennsylvania Ave.
                                                              Oklahoma City, OK 73120
                                                              Telephone: (405) 235-1560
                                                              *wbf@federmanlaw.com*

                                                              Gary M. Klinger (pro hac vice)
                                                              **MILBERG COLEMAN BRYSON
                                                              PHILLIPS GROSSMAN LLC**
                                                              227 W. Monroe Street, Suite 2100
                                                              Chicago, IL 60606
                                                              Phone: (866) 252-0878
                                                              *gklinger@milberg.com*

                                                              ***Interim Co-Lead Class Counsel for
                                                              Plaintiffs and the Putative Class***

                                                              Brian D. Flick, Esq (OH 0081605)
                                                              DannLaw
                                                              15000 Madison Avenue
                                                              Lakewood, OH 44107
                                                              (513) 645-3488
                                                              (216) 373-0536 facsimile
                                                              *notices@dannlaw.com*

                                                              ***Interim Liaison Class Counsel for
                                                              Plaintiffs and the Class***

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/: William B. Federman*
William B. Federman