**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **KENNETH OKONSKI**, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PROGRESSIVE CASUALTY INSURANCE COMPANY,**<br><br>Defendant. | Case No. 1:23-CV-01548-PAG<br><br>Hon. Patricia A. Gaughan |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs Kenneth Okonski, Bradley Okonski, Edward Reis, Tosif Khan, Kulsoom Tosif, Eduardo Barbosa, Rebecca Johnson, Stephen Johnson, Roxanne Trigg, Giovanni Madaffari, and Dodie Waden ("Plaintiffs") respectfully move this Court for an order awarding (1) $1,072,500.00 for attorneys' fees (thirty three percent (33%) of the $3,250,000 common fund); (2) $22,879.21 for reimbursement of costs and expenses incurred in the litigation; and (3) Service Awards of $2,000 for each Class Representative. The legal and factual bases supporting this Motion are fully set forth in Plaintiffs' Memorandum in Support of Motion for Approval of Attorneys' Fees, Expenses, and Class Representative Service Awards and the Declaration of Gary M. Klinger in Support of Plaintiff's Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards ("Klinger Decl.") (attached as **Exhibit 1**) and Exhibits thereto, as well as Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement Agreement [ECF No. 42], incorporated herein by reference. A proposed

1

Order granting this Motion will be provided as an attachment to the Motion for Final Approval of the Class Action Settlement due to be filed no later than February 11, 2025.

Dated: January 3, 2025	Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

William B. Federman (*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

*Interim Co-Lead Class Counsel for Plaintiffs and the Putative Class*

Brian D. Flick, Esq (OH 0081605)
**DannLaw**
15000 Madison Avenue
Lakewood, OH 44107
(513) 645-3488
(216) 373-0536 facsimile
notices@dannlaw.com

*Interim Liaison Class Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, a copy of the foregoing was served via electronic filing in the ECF system.

/s/ <i>Gary M. Klinger</i><br>
Gary M. Klinger