THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KENNETH OKONSKI**, *et al.*, individually and on behalf of all others similarly situated**,**<br><br>Plaintiffs,<br><br>v.<br><br>**PROGRESSIVE CASUALTY INSURANCE COMPANY,**<br><br>Defendant. | Case No.: 1:23-cv-01548<br><br>Judge Patricia A. Gaughan |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs, individually and on behalf of the putative class, move this Court pursuant to Federal Rule of Civil Procedure 23, for an Order: (i) granting final approval of the proposed Settlement; (ii) certifying a class for purposes of Settlement; and (iii) entering Judgment and dismissing all claims.

This Motion is based on the Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (and its exhibits) filed herewith, all prior pleadings and proceedings had herein, arguments of counsel, and any other matters properly before the Court.

A [Proposed] Final Approval Order and Judgment is submitted herewith as **Exhibit 1**.

1

Date: February 11, 2025                                         Respectfully submitted,


                                                                */s/: William B. Federman*
                                                                William B. Federman (pro hac vice)
                                                                **FEDERMAN & SHERWOOD**
                                                                10205 N. Pennsylvania Ave.
                                                                Oklahoma City, OK 73120
                                                                Telephone: (405) 235-1560
                                                                *wbf@federmanlaw.com*

                                                                Gary M. Klinger (pro hac vice)
                                                                **MILBERG COLEMAN BRYSON
                                                                PHILLIPS GROSSMAN LLC**
                                                                227 W. Monroe Street, Suite 2100
                                                                Chicago, IL 60606
                                                                Phone: (866) 252-0878
                                                                *gklinger@milberg.com*

                                                                ***Interim Co-Lead Class Counsel for
                                                                Plaintiffs and the Putative Class***

                                                                Brian D. Flick, Esq (OH 0081605)
                                                                DannLaw
                                                                15000 Madison Avenue
                                                                Lakewood, OH 44107
                                                                (513) 645-3488
                                                                (216) 373-0536 facsimile
                                                                *notices@dannlaw.com*

                                                                ***Interim Liaison Class Counsel for
                                                                Plaintiffs and the Class***

## CERTIFICATE OF SERVICE

    I hereby certify that on February 11, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                          /s/ *William B. Federman*
                                                          William B. Federman