THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KENNETH OKONSKI**, *et al.*, individually and on behalf of all others similarly situated**,**<br><br>Plaintiffs,<br><br>v.<br><br>**PROGRESSIVE CASUALTY INSURANCE COMPANY,**<br><br>Defendant. | Case No.: 1:23-cv-01548<br><br>Judge Patricia A. Gaughan |

**JOINT MOTION TO HOLD FINAL APPROVAL
HEARING VIA VIDEOCONFERENCE**

Kenneth Okonski, Bradley Okonski, Edward Reis, Tosif Khan, Kulsoom Tosif, Eduardo Barbosa, Rebecca Johnson, Stephen Johnson, Roxanne Trigg, Giovanni Madaffari, and Dodie Waden ("Plaintiffs"), by and through their attorneys of record, and Defendant Progressive Casualty Insurance Company ("Progressive" or "Defendant"), by and through their attorneys of record, hereby respectfully move the Court for an Order to hold the Final Approval Hearing, currently set for February 25, 2025 at 9:30 a.m., via videoconference.

By way of background, Plaintiffs filed their Consolidated Class Action Complaint (the "Consolidated Complaint") on November 20, 2023. ECF No. 27. The parties meditated with the Honorable Wayne R. Andersen (Ret.) on May 14, 2024, and eventually reached agreement on a settlement to resolve this litigation on a classwide basis. On September 13, 2024, Plaintiffs filed an Unopposed Motion for Preliminary Approval of Class Action settlement. *See* ECF Nos. 42–44.

1

The Court entered a Preliminary Approval Order on September 19, 2024 and scheduled an in-person Final Approval Hearing for February 25, 2025. *See* ECF No. 45.

Good cause exists to hold the Final Approval Hearing remotely via videoconference. Plaintiffs' lead counsel are located in Chicago, Illinois, Oklahoma City, Oklahoma, and Lakewood, Ohio, and Defendant's counsel are predominately located in Atlanta, meaning travel for an in-person hearing would be costly and time consuming. Further, as the present case is a putative class action, Plaintiffs' counsel state that they have an obligation to the Class to minimize the cost of litigation where possible. Allowing a remote appearance will further that goal and benefit the putative Class Members. Moreover, to date, there have been no objections to the Settlement, only three individuals have requested to be excluded from the Settlement Class, and no Settlement Class Members have requested to appear at the Final Approval Hearing.

Should the Court find it appropriate to hold the Final Approval Hearing via videoconference, the Settlement Administrator will post information on the Settlement website instructing Settlement Class Members on how to attend the videoconference hearing, if they so choose.

For these reasons, the parties respectfully request that the Court enter an Order to hold the February 25, 2025, Final Approval Hearing via videoconference.

DATE: February 14, 2025                     Respectfully submitted,

*/s/ William B. Federman*                   */s/ Phyllis D. Sumner*
William B. Federman                         Phyllis B. Sumner (*pro hac vice*)
**FEDERMAN & SHERWOOD**                     Elizabeth D. Adler (*pro hac vice*)
10205 N. Pennsylvania Ave.                  Robert D. Griest (*pro hac vice*)
Oklahoma City, OK 73120                     **KING & SPALDING LLP**
Phone: (405) 235-1560                       1180 Peachtree Street NE
wbf@federmanlaw.com                         Atlanta, GA 30309
                                            Tel: (404) 572-4600
Gary M. Klinger                             Fax: (404) 572-5100
**MILBERG COLEMAN BRYSON**                  Email: psumner@kslaw.com

**PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com


*Interim Co-Lead Class Counsel for Plaintiffs and the Putative Class*

Brian D. Flick
**DANNLAW**
15000 Madison Ave.
Lakewood, OH 44107
Phone: (513) 645-3488
notices@dannlaw.com

*Interim Liaison Class Counsel for Plaintiffs and the Putative Class*

Email: eadler@kslaw.com
Email: rgriest@kslaw.com

Jennifer L. Mesko (0087987)
Ethan W. Weber (0098871)
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: jennifer.mesko@tuckerellis.com
Email: ethan.weber@tuckerellis.com

*Counsel for Defendant Progressive Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, a copy of the foregoing **JOINT MOTION TO HOLD FINAL APPROVAL HEARING VIA VIDEOCONFERENCE** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ William B. Federman*
William B. Federman